90   487
d101  210

THE STATE EX REL. KEMPSTER, Respondent, vs. THE COMMON COUNCIL OF THE CITY OF MILWAUKEE, imp., Appellant.

*May 21 — June 20, 1895.*

*Cities: Removal of official by council:* Certiorari: *Appeal: Parties.*

The common council of a city is not a party to the proceedings in which it removes a city official upon charges of misconduct preferred by private citizens, nor to an action of *certiorari* to review such proceedings; and it cannot, therefore, appeal from an order made in such action.

APPEAL from an order of the circuit court for Milwaukee county: D. H. JOHNSON, Circuit Judge.   *Dismissed.*

Motion by the relator to dismiss the appeal.

*V. W. Seely,* in support of the motion.

*C. H. Hamilton, contra.*

WINSLOW, J.   The relator was the duly appointed health commissioner of the city of Milwaukee.   Upon charges of misconduct in office preferred by private citizens, the common council of said city, after a hearing upon such charges

had been had before a committee of the council, passed a resolution declaring that certain of said charges were sustained by the evidence, and that the said *Kempster* be dismissed from office. Thereupon the relator sued out a writ of *certiorari* from the circuit court for Milwaukee county, directed to the common council of the city and the city clerk, to review said proceedings and reverse the same for alleged errors. The common council appeared in the circuit court, and moved to supersede and vacate the writ, which motion was, upon hearing, denied, and the common council appealed to this court. Motion is now made by the relator to dismiss the appeal on the ground that the common council has no legal right to appeal. The motion is well founded and must be granted. The common council is not a party to the proceedings for removal, nor to the action of *certiorari*, and cannot therefore appeal. *McCarty v. Ashland Co.* 61 Wis. 1.

*By the Court.*— Appeal dismissed.